No. 95–428. CITY OF COLORADO SPRINGS ET AL. v. BOARD OF COUNTY COMMISSIONERS OF EAGLE COUNTY, COLORADO, ET

AL. Ct. App. Colo. Certiorari denied. 